Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LAFLOR CALVO

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LAFLOR CALVO, | Case No.: 2:18-cv-7878-MWF(JEMx) |
| Plaintiff; | **NOTICE OF SETTLEMENT** |
| v. | |
| SPEEDY CASH | |
| Defendant. | |

NOW COMES Plaintiff, LAFLOR CALVO, through attorneys, WESTGATE LAW, and hereby notifies this Court that a settlement of the present matter has been reached and is in the process of finalizing settlement, which Plaintiff anticipates will be finalized within the next sixty (60) days.

Plaintiff therefore respectfully requests this Honorable Court vacate all dates currently scheduled for the present matter.

RESPECTFULLY SUBMITTED,

DATED: November 9, 2018      WESTGATE LAW

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2018, I filed the forgoing document with the Clerk of the Court using the CM/ECF System. Notice of said filing was served via e-mail transmission to the following:

Jamie D. Wells
McGuire Woods LLP
Two Embarcadero Center, Suite 1300
San Francisco, CA 94111-3821
jwells@mcguirewoods.com

By: /s/ Matthew A. Rosenthal
Matthew A. Rosenthal