Matthew A. Rosenthal (SBN 279334)
matt@westgatelaw.com
Westgate Law
16444 Paramount Blvd., Suite 205
Paramount, CA 90723
Tel: (818) 200-1497
Fax: (818) 574-6022
Attorneys for Plaintiff,
LAFLOR CALVO

**IN THE UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| LAFLOR CALVO,<br><br>         Plaintiff;<br><br>    v.<br><br>SPEEDY CASH,<br><br>         Defendant. | Case No. 2:18-cv-7878-MWF(JEMx)<br><br>**VOLUNTARY DISMISSAL OF A CASE PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)** |

**PLEASE TAKE NOTICE** that Plaintiff, LAFLOR CALVO, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), gives notice that she voluntarily dismisses all claims in this action as to herself in her individual capacity *with prejudice*. Defendant Speedy Cash has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, this matter may be dismissed with prejudice without an Order of the Court.

1                                 RESPECTFULLY SUBMITTED,

2    DATED: November 16, 2018      WESTGATE LAW

3

4                              By:/s/ Matthew A. Rosenthal

5                                   Matthew A. Rosenthal

                                    Attorney for Plaintiff,

6                                   LAFLOR CALVO

7

8

9

10

11                          **CERTIFICATE OF SERVICE**

12    I hereby certify that on November 16, 2018, I filed the forgoing document with

13 the Clerk of the Court using the CM/ECF System. Notice of said filing was served

14 via e-mail transmission to the following:

15          Jamie D. Wells
             McGuire Woods LLP
16          Two Embarcadero Center
             Suite 1300
17          San Francisco, CA 94111-3821
             jwells@mcguirewoods.com
18

19                                  By:/s/ Matthew A. Rosenthal
                                   Matthew A. Rosenthal

20

21

22

23

24

25